ACCEPTED
03-14-00714-CV
3654803
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:10:35 PM
JEFFREY D. KYLE
CLERK

**Cause No. 03-14-00714-CV**

**IN THE AUSTIN COURT OF APPEALS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:10:35 PM
JEFFREY D. KYLE
Clerk

**On Appeal from the 98th Judicial District Court of Travis County
Cause Number No. D-1-GN-12-002467**

**KEVIN TARR,**

**Appellant,**

**v.**

**LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,**

**Appellee.**

**_AGREED_ MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Paul Simon ("Simon"), on behalf of himself and Simon Herbert & McClelland, LLP (the "Firm"), under Rule 6.5 of the Texas Rules of Appellate Procedure, file this **_Agreed_** Motion for Leave to Withdraw as Counsel of Record, and ask that this Court allow them to withdraw as attorneys for Appellant, Kevin Tarr (herein, "Appellant"). Simon and the Firm are collectively referred to as the "Movants."

Currently, Appellant's Brief is due on or before Wednesday, January 14, 2015, although, contemporaneous to the filing of this Motion, Appellant is filing an **_Agreed_** Motion to Extend that deadline by 30 days, and Appellee, Lantana Southwest Homeowners' Association, Inc., has agreed to that extension. *See* Tex. R. App. P. 6.5(a)(1). There are no other known deadlines.

Appellant's last known address is 7817 Oteka Cove, Austin, Texas 78735-1825, and his last known telephone number is (512) 633-1745. *See* Tex. R. App. P. 6.5(a)(2).

A draft of this Motion was delivered to Appellant before it was filed, and a copy of this Motion will be delivered to Appellant upon the filing of it with this Court. *See* Tex. R. App. P. 6.5(a)(3).

Appellant has been notified that he has the right to object to the relief sought by this Motion. *See* Tex. R. App. P. 6.5(a)(4).

## PRAYER

Based on the foregoing, Movants respectfully request that this Court grant this *Agreed* Motion for Leave to Withdraw as Counsel of Record, and allow Simon and the Firm to withdraw as counsel for Appellant in this appeal.

Respectfully submitted,

SIMON HERBERT & MCCLELLAND, LLP


By: */s/ Paul Simon*
    Paul Simon
    State Bar No. 24003276
    Rachel Berkley
    State Bar No. 24082684
3411 Richmond Avenue, Suite 400
Houston, Texas 77046
(713) 987-7100 (phone)
(713) 987-7120 (fax)

**ATTORNEYS FOR APPELLANT,
KEVIN TARR**

## CERTIFICATE OF CONFERENCE

I certify that, on January 5, 2015, I conferred with counsel for Appellee, and he has *AGREED* to the relief sought herein. I have also conferred with my client, and he has *AGREED* to the relief sought herein.

/s/ Paul Simon
Paul Simon

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2015, a copy of the foregoing was delivered in a manner prescribed by the Texas Rules of Appellate Procedure to:

*Via Email: ggodkin@rmwbhlaw.com*

Greg Godkin
Roberts Markel Weinberg Butler Hailey PC
111 Congress Plaza, Suite 1620
Austin, Texas 78701
**Attorney for Appellee, Lantana
Southwest Homeowners' Ass'n, Inc.**

*Via Email: kevin_tarr@yahoo.com*; *CMRRR # 7014 1200 0001 9112 1338*; & *Regular Mail*

Mr. Kevin Tarr
7817 Oteka Cove
Austin, Texas 78735-18252
**Appellant**

/s/ Paul Simon
Paul Simon